# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA MULLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | 1:13cv00897 GSA<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Document 3) |

Plaintiff Antonia Muller, appearing *pro se*, filed a complaint in this action on June 13, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 3). Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees, and is, therefore, GRANTED.

IT IS SO ORDERED.

　Dated: __June 17, 2013__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1