# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA MULLER, | ) 1:13cv00897 GSA |
| | ) |
| | ) |
| | ) ORDER GRANTING APPLICATION |
| Plaintiff, | ) TO PROCEED *IN FORMA PAUPERIS* |
| | ) |
| v. | ) (Document 3) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Antonia Muller, appearing *pro se*, filed a complaint in this action on June 13, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 3).  Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees, and is, therefore, GRANTED.

IT IS SO ORDERED.

Dated:   **June 17, 2013**           **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

1